```
                 UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>Shawn Murphy</u>

    v.                                      Case No. 08-cv-34-PB

<u>United States of America</u>

### <u>O R D E R</u>

By agreement of the parties during a May 21, 2008 telephone conference with the court, the claims against the individual defendants are dismissed without prejudice.  The government's motion for partial dismissal and transfer (Doc. No. 11) is denied without prejudice.  The only remaining claim in this case is a claim against the United States under the Federal Tort Claims Act.  The government shall move to dismiss the remaining claim by filing a motion to dismiss on or before June 30, 2008.

    SO ORDERED.

                                                <u>/s/Paul Barbadoro</u>
                                                Paul Barbadoro
                                                United States District Judge

May 21, 2008

cc:  Robert Shaines, Esq.
     Carol Shea, Esq.
     Martha Van Oot, Esq.